NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVONTE BERNARD HARRIS,   )<br>                                                    )<br>            Plaintiff,                      )<br>                                                    )<br>   vs.                                           )<br>                                                    )<br> JAMES THOM, et al.,               )<br>                                                    )<br>            Defendants.                  )<br>                                                    ) | No. C 09-00100 JF (PR)<br><br>ORDER DIRECTING CLERK TO<br>REISSUE SUMMONS AS TO<br>DEFENDANT HARKIN |

Plaintiff, a California prisoner proceeding pro se, filed the instant civil rights action pursuant to 42 U.S.C. § 1983 against officials of the Pelican Bay State Prison ("PBSP"). The Court found cognizable claims, when liberally construed, and directed the clerk to prepare the summons for service of the complaint upon Defendants Correctional Officers James Thom, O. W. Spencer, S. N. Freeman, M. Knight, R. Rice, and James Harkin at PBSP and the United States Marshal to effectuate such service on May 19, 2009. The summons for Defendant James Harkin was returned unexecuted on June 5, 2009. (Docket No. 12.) The Court has recently learned that Defendant Harkin is presently at PBSP. Accordingly, the Court will reissue summons to Defendant Harkin.

///

**CONCLUSION**

For the reasons stated above, the Court orders as follows:

1.  The Clerk of the Court shall reissue summons and the United States Marshal shall serve, without prepayment of fees, a copy of the complaint in this matter, all attachments thereto, a copy of the Court Order filed May 19, 2009, (Docket No. 5), and a copy of this order upon **Defendant James Harkin** at **Pelican Bay State Prison.** The Clerk shall also <u>mail a courtesy copy</u> of this order to the California Attorney General's Office.

2.  Defendant shall file a motion for summary judgment or other dispositive motion with respect to the claims in the complaint found to be cognizable, and briefing shall proceed thereafter, in accordance with the schedule and instructions set forth in the Court's Order of Service, filed May 19, 2009. (Docket No. 5.)

IT IS SO ORDERED.

DATED: 8/31/09

JEREMY FOGEL
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

DEVONTE B. HARRIS,

        Plaintiff,

  v.

JAMES THOM, et al.,

        Defendants.

Case Number: CV09-00100 JF

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on  9/3/09 , I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Devonte Bernard Harris P 73399
CA State Prison-Corcoran II
P.O. Box 3481
4B3L-07L
Corcoran, CA 93212

Dated:  9/3/09

Richard W. Wieking, Clerk