NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVONTE BERNARD HARRIS,<br><br>   Plaintiff,<br><br> vs.<br><br>JAMES THOM, et al.,<br><br>   Defendants. | No. C 09-00100 JF (PR)<br><br>ORDER GRANTING REQUEST FOR EXTENSION OF TIME TO SERVE COMPLAINT ON DEFENDANTS HARKIN AND SPENCER<br><br>(Docket No. 30) |

Plaintiff, a California prisoner proceeding pro se, filed the instant civil rights action pursuant to 42 U.S.C. § 1983 against officials of the Pelican Bay State Prison ("PBSP"). Plaintiff filed a request for extension of time until March 14, 2010, to serve the complaint on Defendants James Harkin and O. W. Spencer. (Docket No. 30.) Defendants filed a statement of non-opposition to the request. Accordingly, Plaintiff's motion is GRANTED.

IT IS SO ORDERED.

DATED: 10/2/09

               JEREMY FOGEL
               United States District Judge

Order Granting Request For Ext. Of Time to Serve Complaint
P:\PRO-SE\SJ.JF\CR.09\Harris00100_misc.wpd

1

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

DEVONTE B. HARRIS,

        Plaintiff,

  v.

JAMES THOM, et al.,

        Defendants.
                                        /

Case Number: CV09-00100 JF

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on   10/19/09  , I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Devonte Bernard Harris P 73399
CA State Prison-Corcoran II
P.O. Box 3481
4B3L-07L
Corcoran, CA 93212

Dated:   10/19/09

                                                    Richard W. Wieking, Clerk