NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVONTE BERNARD HARRIS,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>JAMES THOM, et al.,<br><br>　　　　　Defendants. | No. C 09-00100 JF (PR)<br><br>ORDER VACATING ORDER TO REISSUE SUMMONS AS TO DEFENDANT HARKINS |

　　　Plaintiff, a California prisoner proceeding pro se, filed the instant civil rights action pursuant to 42 U.S.C. § 1983 against officials of the Pelican Bay State Prison ("PBSP"). Plaintiff filed a request to voluntarily dismiss Defendant James Harkins from this action. (Docket No. 42.) Defendant Harkins was terminated from this action on November 20, 2009. Accordingly, the Court order directing the Clerk to reissue summons as to Defendant Harkins (Docket No. 43) is VACATED. The Court order granting Defendant Spencer's motion to change time to file dispositive motion (Docket Nos. 35 & 36) shall remain in effect.

　　　IT IS SO ORDERED.

DATED: 12/10/09

　　　　　　　　　　　　　　　　　　_/s/ Jeremy Fogel_
　　　　　　　　　　　　　　　　　　JEREMY FOGEL
　　　　　　　　　　　　　　　　　　United States District Judge

Order Vacating
P:\PRO-SE\SJ.JF\CR.09\Harris00100_vacate.wpd

1

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

DEVONTE B. HARRIS,

        Plaintiff,

  v.

JAMES THOM, et al.,

        Defendants.

Case Number: CV09-00100 JF

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 12/11/09, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Devonte Bernard Harris P 73399
CA State Prison-Corcoran II
P.O. Box 3481
4B3L-07L
Corcoran, CA 93212

Dated: 12/11/09

                                            Richard W. Wieking, Clerk